**Opinion filed March 5, 2009**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-07-00215-CV**

_____

**MARY LOU WILCOX, Appellant**

**V.**

**HOWARD D. WILCOX ET AL, Appellees**

**On Appeal from the 172nd District Court**

**Jefferson County, Texas**

**Trial Court Cause No. D-171,492**

**M E M O R A N D U M   O P I N I O N**

Mary Lou Wilcox has filed in this court a motion to dismiss her appeal. Appellant states that the parties have agreed to settle their differences and that, therefore, her appeal is moot. The motion is granted, and the appeal is dismissed.

PER CURIAM

March 5, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.